## Blau, Appellant, *v.* Blau.

Argued April 28, 1965. Before Bell, C. J., Musmanno, Jones, Cohen, Eagen, O'Brien and Roberts, JJ.

*David Kanner,* with him *Kanner, Stein and Feinberg,* for appellant.

*Jay H. Rosenfeld,* with him *Rosenfeld & Weinrott,* for appellee.

OPINION PER CURIAM, May 25, 1965:
Decree affirmed. Costs on appellant.